Willis Alfred ZEUGIN, #69970, Petitioner,

v.

DISTRICT COURT, TULSA COUNTY, Oklahoma, and The State of Oklahoma, Respondents.

No. A–14003.

Court of Criminal Appeals of Oklahoma.

Oct. 12, 1966.

See also, Okl.Cr.App., 406 P.2d 1.

Willis Alfred Zeugin, pro se.

BRETT, Judge.

Willis Alfred Zeugin, #69979, an inmate of the Oklahoma State Penitentiary, has filed herein his "Petition for Writ of Habeas Corpus and/or Post Conviction Appeal."

We have carefully examined this petition, and find that the matters stated in the petition are totally insufficient to establish a violation of any of petitioner's constitutional rights relating to the right of appeal.

This Court in the case of Zeugin v. District Court of Tulsa County, Okl.Cr.App., 406 P.2d 1, thoroughly went into and dis-

cussed this petitioner's rights and privileges, and reference is made to such opinion.

Thereafter petitioner filed a petition for writ of habeas corpus, which was by the Court dismissed.

Defendant was represented throughout his trial by an attorney of his own choice, whom he states he paid a fee of $1500. His attorney did not give notice of intention to appeal—in fact announced in open court that appeal was not desired.

The relief prayed for is, accordingly, denied.

BUSSEY, P. J., and NIX, J., concur.